No. 93–6267. KALAKAY v. NEWBLATT, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN.

1050

C. A. 9th Cir. Certiorari denied. 